**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Tasha M. Bradt*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Tasha.Bradt@usdoj.gov*

*main: (973) 645-2700*
*direct: (609) 858-0305*

September 11, 2026

**Via Electronic Filing**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Lei v. Mullin, et al.*, No. 26-4763 (MCA)**
**Petitioner's Bond Hearing**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention. We respectfully submit this letter in response to the Court's September 3, 2026 Text Order requiring Respondents to "provide Petitioner with an individualized bond hearing before an immigration judge within seven (7) days," and permit Petitioner's counsel "to reschedule the hearing outside the seven-day period, if necessary without seeking this Court's intervention." ECF No. 12. According to U.S. Immigration and Customs Enforcement ("ICE"), Petitioner was scheduled to appear for his bond hearing on September 9, 2026 at 1:30 p.m., but asked to reschedule the hearing.

On September 15, 2026, Petitioner attended an individualized bond hearing at which the immigration judge denied bond after full consideration of the evidence presented because Petitioner's "continued detention is necessary to precent him from fleeing." Ex. A (Order of the Immigration Judge). Accordingly, Respondents respectfully request the Court lift all temporary restraints on the transfer of Petitioner and close this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney General

By: /s/ *Tasha M. Bradt*
TASHA M. BRADT
Assistant United States Attorney
Deputy Chief, Civil Division
*Attorneys for the Respondents*

cc: Counsel of Record via ECF

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 9/24/26

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**ELIZABETH IMMIGRATION COURT**

Respondent Name:
LEI, XIANLIANG

To:
Cox, Theodore
325 Broadway
Ste. 201
New York, NY 10007-3662

A-Number:
249-394-687

Riders:
In Custody Redetermination Proceedings

Date:
09/15/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
The Court has held an individualized bond hearing with the burden on the government of proving by clear and convincing evidence that the respondent's continued detention is necessary, as directed by order of the District Court. The government has met their burden to establish that the respondent's continued detention is necessary to prevent him from fleeing.

☐ Granted. It is ordered that Respondent be:
- ☐ released from custody on his own recognizance.
- ☐ released from custody under bond of $
- ☐ other:

☐ Other:

Case 2:26-cv-04763-MCA Document 1-1 Filed 09/17/26 Page 2 of 2 PageID: 156

Immigration Judge: Combs, Corey 09/15/2026

| | | | | | |
|---|---|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☑ | waived | ☐ | reserved |
| | Respondent: | ☐ | waived | ☑ | reserved |
| Appeal Due: | 10/15/2026 | | | | |

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : LEI, XIANLIANG | A-Number : 249-394-687

Riders:

Date: 09/15/2026 By: Carmen Rivera, Court Staff